# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E1383928 | LITTLEFIELD | 2900 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 05/28/2022 0845 | 36 CFR 4.21 C |

**Place of Offense**
CAMAS RD (MCDONALD CREEK BRIDGE)

**Offense Description; Factual Basis for Charge** — HAZMAT ☐
DRIVING IN EXCESS OF POSTED SPEED LIMIT 55/35

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SLEVIN | ISAAC | A |

| Tag No | State | Year | Make | Model | Color |
|---|---|---|---|---|---|
| R24 0508 | IL | 12 | MAZDA | 5 | GREY |

**A ☒ APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100  Forfeiture Amount
+ $30  Processing Fee
$ 130.00  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date | Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1383928*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident