UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ISAAC SLEVIN,<br><br>                    Defendant. | 4:22-po-5050-JTJ<br><br>ORDER |

Defendant Isaac Slevin, who lives in Illinois, has requested leave to appear by telephone at the initial appearance scheduled for August 26, 2022, at 9:00 a.m. Mountain Standard Time, in West Glacier, Montana. (Doc. 3). Good cause appearing,

IT IS ORDERED that Defendant's request is GRANTED. Defendant shall call 1-866-390-1828 at 9:00 a.m. M.S.T. on August 26, 2022 to participate in the hearing.  When prompted, enter the access code 8447649 followed by #.

Defendant is advised that if he is interested in attempting to resolve this matter prior to his scheduled Court appearance, he can contact the United States

//

//

Attorneys' Office in Great Falls at (406 ) 761-7715 and ask for Sherry or Wendy.

DATED this 8th day of August, 2022

_____
Kathleen L. DeSoto
United States Magistrate Judge